## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070-all | **DATE** | March 18, 2008 |
| **CASE TITLE** | USA VS S. ALJABARI, J. MCMEEKAN, C. TAYLOR & H. RAINS | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the December 2006 Session, a quorum being present, returns the above-entitled Superseding indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY

Arrest warrant to issue as to Harold Lamar Rains. Arraignment as to S. Aljabari and M. McMeekan set for March 20, 2008 at 11:00 am. Arraignment as to C. Taylor set for March 25, 2008 at 11:15 am.

Grand Jury for the December 2006 Session,

By: _[signature]_ . _____ Foreperson.

United States Attorney: Joseph Pedersen

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | **FILED** | |
| | Notified counsel by telephone. | | date docketed |
| ✓ | Docketing to mail notices. | MAR 18 2008 | |
| | Mail AO 450 form. | MAGISTRATE JUDGE P. MICHAEL MAHONEY | docketing deputy initials |
| | Copy to judge/magistrate judge. | United States District Court | |
| | | | date mailed notice |
| GG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |