AO 442 (Rev.5/93 WP) Warrant for Arrest     AUSA JOSEPH C. PEDERSEN, (815)987-4444

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

HAROLD LAMAR RAINS, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 50070

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Violation Petition

charging him or her with (brief description of offense):

arson

in violation of Title __18__, United States Code, Section(s) __844(i)__

**FILED**
MAR 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P. MICHAEL MAHONEY
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

March 18, 2008; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 715 FRANKLIN STREET, OREGON, IL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/18/08 | DAN IVANCICH ATF | Daniel [signature] |
| DATE OF ARREST | | |
| 3/19/08 | | |