## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070 - 4 | **DATE** | 3/19/2008 |
| **CASE TITLE** | USA vs. HAROLD RAINS | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to arrest. Court appoints Robert Fagan as counsel. Defendant enters plea of not guilty to superseding indictment. Defendant informed of rights. 16.1 conference to be held by and financial affidavit due by March 26, 2008. Defendant's oral motion for time to April 21, 2008 to file pretrial motions is granted. USA's oral motion for the time of March 19, 2008 to and including April 21, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for April 21, 2008 at 11:00 am. Enter protective order. Detention hearing held. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|